CR-23-131 JNE/ECW

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) **INDICTMENT** |
| | ) |
| Plaintiff, | ) 18 U.S.C. § 2 |
| | ) 21 U.S.C. § 841(a)(1) |
| v. | ) 21 U.S.C. § 841(b)(1)(A) |
| | ) 21 U.S.C. § 841(b)(1)(B) |
| 1. DAMON ANTONE YOUNG, and | ) 21 U.S.C. § 841(b)(1)(C) |
| | ) 21 U.S.C. § 846 |
| 2. JACKIE GERALD SMITH, | ) 21 U.S.C. § 853 |
| | ) |
| Defendants. | ) |

THE UNITED STATES GRAND JURY CHARGES THAT:

## COUNT 1
(Conspiracy to Distribute Methamphetamine)

Beginning on or about October 27, 2022, and continuing to on or about January 18,

2023, in the State and District of Minnesota, the defendants,

**DAMON ANTONE YOUNG**, and
**JACKIE GERALD SMITH,**

did unlawfully, knowingly, and intentionally conspire with others, known and unknown to

the grand jury, to distribute 500 grams or more of a mixture and substance containing a

detectable amount of methamphetamine, a Schedule II controlled substance, all in violation

of Title 21, United States Code, Sections 841(a)(1), (b)(1)(A), and 846.

## COUNT 2
(Distribution of Methamphetamine)

On or about November 8, 2022, in the State and District of Minnesota, the

defendants,

**DAMON ANTONE YOUNG**, and
**JACKIE GERALD SMITH,**

SCANNED
APR 1 3 2023
U.S. DISTRICT COURT ST. PAUL

United States v. Damon Antone Young and Jackie Gerald Smith

each aiding and abetting the other, did unlawfully, knowingly, and intentionally distribute 50 grams or more of mixtures and substances containing a detectable amount of methamphetamine, a Schedule II controlled substance, all in violation of Title 21, United States Code, Sections 841(a)(1), (b)(1)(B), and Title 18, United States Code, Section 2.

## COUNT 3
(Distribution of Methamphetamine)

On or about December 6, 2022, in the State and District of Minnesota, the defendants,

**DAMON ANTONE YOUNG**, and
**JACKIE GERALD SMITH,**

each aiding and abetting the other, did unlawfully, knowingly, and intentionally distribute 50 grams or more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, all in violation of Title 21, United States Code, Sections 841(a)(1), (b)(1)(B), and Title 18, United States Code, Section 2.

## COUNT 4
(Distribution of Methamphetamine and Fentanyl)

On or about January 5, 2023, in the State and District of Minnesota, the defendant,

**DAMON ANTONE YOUNG,**

did unlawfully, knowingly, and intentionally distribute 50 grams or more of a mixture and substance containing a detectable amount of methamphetamine, and a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide (commonly called "fentanyl"), all Schedule II controlled

2

United States v. Damon Antone Young and Jackie Gerald Smith

substances, all in violation of Title 21, United States Code, Sections 841(a)(1), (b)(1)(B), (C), and Title 18, United States Code, Section 2.

## COUNT 5
(Possession with Intent to Distribute Methamphetamine and Fentanyl)

On or about January 18, 2023, in the State and District of Minnesota, the defendant,

**DAMON ANTONE YOUNG,**

did unlawfully, knowingly, and intentionally possess with the intent to distribute 500 grams or more of a mixture and substance containing a detectable amount of methamphetamine, and 400 grams or more of a mixture and substance containing a detectable amounts of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide (commonly called "fentanyl"), all Schedule II controlled substances, all in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A).

## FORFEITURE ALLEGATION

Count 1 through 5 of this Indictment are incorporated by reference for the purpose of alleging forfeitures pursuant to Title 21, United States Code, Section 853.

Upon conviction of any of Counts 1 through 5 of this Indictment, the defendant shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853(a)(1) and (2), any and all property constituting, or derived from, any proceeds the defendant obtained directly or indirectly as the result of said violation, and any and all property used, or intended to be used, in any manner or part to commit or to facilitate the commission of said violations. If any of the above-described property is unavailable for forfeiture, the United States intends to seek the forfeiture of substitute property under Title 21, United States Code, Section 853(p).

United States v. Damon Antone Young and Jackie Gerald Smith

## A TRUE BILL

_____          _____
UNITED STATES ATTORNEY                        FOREPERSON