UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 23-131 (JNE/ECW)

UNITED STATES OF AMERICA,

Plaintiff,

v.

DAMON ANTONE YOUNG,

Defendant.

**MOTION TO DISMISS
INDICTMENT AS TO DEFENDANT
DAMON ANTONE YOUNG**

The United States of America, by and through its attorneys, Lisa D. Kirkpatrick, Acting United States Attorney for the District of Minnesota, and Raphael B. Coburn, Assistant United States Attorney, hereby moves the Court for an order dismissing the charges specifically alleged against Damon Antone Young, as made by the Grand Jury in the Indictment issued in the above-referenced matter on April 13, 2023.  ECF No. 1.  This motion is made pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure.  As background warranting dismissal, the government is informed that Mr. Young is deceased.

Dated: April 25, 2025

Respectfully submitted,

LISA D. KIRKPATRICK
Acting United States Attorney

*s/ Raphael B. Coburn*

BY: RAPHAEL B. COBURN
Assistant U.S. Attorney